# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     INDIANA

**APPEARANCE**

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>            Plaintiff,<br>v.<br><br>KOKOSING CONSTRUCTION COMPANY, INC., an Ohio foreign for-profit corporation,<br><br>            Defendant. | No. 1:20-cv-2244-TWP-DLP |

To the Clerk of this court all parties of record:

I, the below signed, state that pursuant to S.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Southern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.  I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Plaintiff.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| **August 27, 2020** | **s/ Donald D. Schwartz** |
| **Date** | **Signature** |
| | |
| | **Donald D. Schwartz**     **03124459** |
| | **Print Name**     **Bar Number** |
| | |
| | **Arnold and Kadjan, LLP, 35 E. Wacker Dr., Suite 600** |
| | **Address** |
| | |
| | **Chicago, Illinois 60601** |
| | **City**     **State**     **Zip Code** |
| | |
| | **312-236-0415**     **312-341-0438** |
| | **Phone Number**     **Fax Number** |