**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| MARK McCLESKY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:20-cv-02244-TWP-DLP |
| v. | ) ) | |
| KOKOSING CONSTRUCTION COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

**Acknowledged**
TWP
September 14, 2021

## Joint Stipulation of Dismissal with Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff dismisses this lawsuit with prejudice with the parties to bear their own costs.

Respectfully submitted,

**ARNOLD AND KADJAN LLP**     **HESSE MARTONE, P.C.**

By: */s/ Donald D. Schwartz*
Donald D. Schwartz, #03124459
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
Telephone: (312) 236-0415
Facsimile: (312) 341-0438
dds@aandklaw.com

*Attorneys for Plaintiffs*

By: */s/ Andrew J. Martone*
Andrew J. Martone, Trial Attorney
#37382(MO)
Matthew B. Robinson, #52954(MO)
530 Maryville Centre Dr., Suite 250
St. Louis, MO 63141
Telephone:    (314) 862-0300
Facsimile:    (314) 862-7010
andymartone@hessemartone.com
mattrobinson@hessemartone.com

*Attorneys for Defendant*
*Kokosing Construction Company, Inc.*